UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERDY ARGUETA )<br>    Plaintiff,                                     )<br>                                                )<br>v.                                                  )<br>                                                )<br>THE CITY OF REVERE, OFFICER MARK   )<br>BIRRITTERI, OFFICER JOSEPH DELEO, and )<br>OFFICER LYNN ROMBOLI                    )<br>    Defendants.                                   )<br>                                                ) | C.A No. 09-10268<br><br>**COMPLAINT** |

## **INTRODUCTION**

1. This is an action for money damages for violations of the Plaintiffs constitutional rights brought pursuant to 42 U.S.C. §1983 and related state law.  Plaintiff  Ferdy Argueta alleges that the Defendant police officers falsely arrested him and used excessive force in effectuating that arrest, all in violation of the Fourth and Fourteenth Amendments to the United States Constitution and the Massachusetts Civil Rights Act, M.G.L. c. 12, §11I. The Plaintiff further alleges that the Defendant City of Revere has demonstrated a custom and policy of deliberate indifference to the constitutional rights of its citizens.

## **JURISDICTION**

2. Jurisdiction is based upon 28 U.S.C. §§1331 and 1343, and on the pendent jurisdiction of this court to entertain related claims arising under state law.

## **PARTIES**

3. Plaintiff Ferdy Argueta is a resident of Revere, Massachusetts.

4. Defendant Officer Mark Birritteri is a police officer for the Revere Police Department, acting under color of law.

1

5. Defendant Officer Lynn Romboli is a police officer for the Revere Police Department, acting under color of law.

6. Defendant Officer Joseph Deleo is a police officer for the Revere Police Department, acting under color of law.

7. Defendant City of Revere is a municipality duly authorized under the laws of the Commonwealth of Massachusetts.

## FACTS

8. On or about February 10, 2008, shortly before 11 p.m., the Plaintiff Ferdy Argueta was driving on Revere Beach Parkway on his way to work. Having stopped at a red light at the intersection of Revere Beach Parkway and the entry road to Route 1A, Argueta turned left onto the entry road and then right on Route 1A.

9. He traveled approximately a quarter mile after making this turn before noticing any police activity.

10. Mr. Argueta then spotted police approaching with their lights and sirens on. Seeing this, he moved to the left lane to give the police space to pass him on the right as he did not believe the police were trying to stop him.

11. After approximately one quarter mile, a Revere Police patrol car pulled behind and he moved to the right lane and stopped in the emergency lane.

12. Officer Joseph Deleo approached Mr. Argueta's car on the passenger's side, and yelled through the passenger window at Argueta, telling him to get out of the car.

13. Officers Lynn Romboli and Mark Birritteri were at the driver's side of Mr. Argueta's car.

14. In exiting the truck, Mr. Argueta opened his driver's side door in a normal fashion, and did not strike, or attempt to strike Officer Romboli with the door.

15. Officer Deleo and Romboli grabbed Mr. Argueta and pushed him back to the police car that was parked behind his truck.

16. While doing this, they questioned Argueta, repeatedly asking him if he was drunk.

17. Mr. Argueta denied being drunk, and explained that he was on his way to work. He pointed out that he was in uniform, and pointed to his place of business, World Wide Flight Services, which was only a short distance from where he had been stopped.

18. Officer Deleo told Argueta, "you're not going to work tonight" and then said "you are under arrest."

19. Mr Argueta did not argue or struggle with the officers.

20. One of the other officers cuffed Mr. Argueta's hands behind his back.

21. Officer DeLeo then struck Mr. Argueta in the face and accused him again of being drunk. Then he said, "admit it." Mr. Argueta responded that he was not drunk.

22. Argueta was taken to the Revere Police Department and charged with failure to stop for police, assault with a dangerous weapon (the door of his truck) and resisting arrest.

23. Subsequently, all criminal charges against the Plaintiff were dismissed.

24. As a result of this incident, the Plaintiff suffered physical and emotional injuries.

**COUNT I**
**VIOLATION OF 42 U.S.C. §1983**
**BY DEFENDANTS BIRRITTERI, DELEO, AND ROMBOLI**

25. The Plaintiff restates the allegations in paragraphs 1 through 18 and incorporates said paragraphs herein as paragraph 25.

26. By the actions described above in paragraphs 1 through 24, the Defendants, acting under color of law, deprived the Plaintiff of his right to be free from unreasonable seizures and to be free from the use of excessive force, all in violation of 42 U.S.C. §1983 and his

Fourth and Fourteenth Amendment rights as guaranteed by the United States Constitution.

## COUNT II
## VIOLATION OF 42 U.S.C. §1983
## BY DEFENDANT CITY OF REVERE

27. The Plaintiff restates the allegations in paragraphs 1 through 24 and incorporates said paragraphs herein as paragraph 27.

28. By the actions described above in paragraphs 1 through 20, the City of Revere has demonstrated a custom and policy of deliberate indifference to the rights of citizens by:

    a. Failing to adequately train its police officers on the proper use of force and arrest procedures;

    b. Failing to adequately supervise officers who are prone to make unlawful seizures and use excessive force.

    c. Failing to take disciplinary action against officers who violate the rights of citizens by using excessive force and making unlawful seizures; and,

## COUNT III
## VIOLATION OF MASSACHUSETTS CIVIL RIGHTS ACT: M.G.L. c. 12, §11I
## BY DEFENDANTS BIRRITTERI, DELEO, AND
## ROMBOLI

29. The Plaintiff restates the allegations in paragraphs 1 through 24 and incorporates said paragraphs herein as paragraph 29.

30. By the actions described above in paragraphs 1 through 28, the Defendants violated the Plaintiffs' civil rights through threats, intimidation, and coercion, in violation of M.G.L. c. 12, §11I.

    **WHEREFORE,** the Plaintiff requests that this Court award:

    1. Compensatory damages against all Defendants jointly and severally;

2. Punitive damages against all individual Defendants;

3. The costs of this action, including reasonable attorneys' fees; and,

4. Such other and further relief, as this Court may deem necessary and appropriate.

A jury trial is hereby demanded.

DATED: February 23, 2009

                                    Respectfully Submitted
                                    Plaintiff Ferdy Argueta
                                    By his attorneys,

                                    //s/Stephen Hrones
                                    Stephen Hrones
                                    BBO No. 242860
                                    Jessica D. Hedges
                                    BBO No. 645847
                                    Michael Tumposky
                                    BBO No. 660618
                                    Hrones, Garrity & Hedges
                                    Lewis Wharf – Bay 232
                                    Boston, MA 02110-3927
                                    T) (617) 227-4019