**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Ferdy  Argueta | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| *v.* | ) |
| | ) |
| City of Revere, et al | ) |
| | ) |
| | )   **09-CA-10268** |
| | ) |
| *Defendants.* | ) |
| | ) |

# DEFENDANTS' LYNN ROMBOLI and JOSEPH DeLEO's

# ANSWER TO PLAINTIFF'S COMPLAINT

## PRELIMANRY STATEMENT

1.  This paragraph is an introductory statement of the case, containing conclusions of law and statements of the case, to which no response is required. To the extent the allegations in this paragraph contain allegations of fact, they are denied.

## JURISDICTION

2.  This paragraph contains conclusions of law to which no response is requires. To the extent the allegations in this paragraph contain allegations of fact, they are denied.

## PARTIES

3.  This paragraph contains allegations concerning the identity of the plaintiff to which no response is required.

4.  The defendants admit that at all times relevant to the Plaintiff's complaint, Defendants Romboli and DeLeo were duly appointed and acting as officers of the City of Revere, Massachusetts, Police Department, acting under color of law of statues, ordinances, regulations, policies, customs, and usages of the City of Revere and Commonwealth of Massachusetts. To the extent allegations are directed at different defendants, no further response is required.

## STATEMENT OF FACTS

5.  The Defendants admit that the Plaintiff was in the geographical and jurisdictional confines of the City of Revere, Massachusetts. As to the remainder of allegations in Paragraph 8 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

6.  The Defendants as to the allegations in Paragraph 9 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

7.  The Defendants as to the allegations in Paragraph 10 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

8.  The Defendants as to the allegations in Paragraph 11 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

9.  The Defendants as to the allegations in Paragraph 13 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

10. The Defendants as to the allegations in Paragraph 14 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

11. The Defendants as to the allegations in Paragraph 15 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

12. The Defendants as to the allegations in Paragraph 16 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

13. The Defendants as to the allegations in Paragraph 17 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

14. The Defendants admit that the Plaintiff was placed under arrest, based upon probable cause for violations of the General Laws of the Commonwealth of Massachusetts, As to the remainder of allegations in Paragraph 18 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

15. The Defendants as to the allegations in Paragraph 19 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

16. The Defendants as to the allegations in Paragraph 20 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

17. The Defendants as to the allegations in Paragraph 21 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

18. The Defendants as to the allegations in Paragraph 22 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

19. The Defendants as to the allegations in Paragraph 23 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

20. The Defendants as to the allegations in Paragraph 24 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and deny the same.

## FEDERAL CLAIMS  COUNT  I- 42 U.S.C. § 1983

## AS TO DEFENDANTS

21. The Defendants hereby incorporate by reference their responses in paragraphs 1 to 20 as if fully set forth herein.

22. The Defendants deny the allegations contained in this paragraph.

## FEDERAL CLAIMS COUNT II- 42 U.S.C. § 1983 AS TO

## DEFENDNAT CITY OF REVERE

23. The Defendants hereby incorporate by reference their responses in paragraphs 1 to 22 as if fully set forth herein.

24. The Defendants, Romboli and DeLeo as to the allegations in Paragraph 28 a, b, c, & d the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and as such allegations apply to them individually deny the same.

## VIOLATION OF MASSACHUSETTS CIVIL RIGHTS ACT:

## M.G.L. c. 12, §11I

## BY DEFENDANTS BIRRITTERI, DELEO, AND

## ROMBOLI

25. The Defendants hereby incorporate by reference their responses in paragraphs 1 to 24 as if fully set forth herein.

26. The Defendants, Romboli and DeLeo as to the allegations in Paragraph 29 the Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations and as such allegations apply to them individually deny the same.

## JURY TRIAL DEMAND

27. This paragraph contains plaintiff's request for a jury trial to which no response is required.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred for failing to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The plaintiff's claims are barred by the doctrine of qualified immunity.

## THIRD AFFIRMATIVE DEFENSE

The plaintiff's claims are barred by the doctrine of good faith immunity.

## FOURTH AFFIRMATIVE DEFENSE

If the plaintiff incurred damages or personal injuries complained of, such

damages or injuries were due to the conduct of the Plaintiff for which the Defendants are

not responsible.

## FIFTH AFFIRMATIVE DEFENSE

The Defendants hereby gives notice that it intends to rely upon such other and further

defenses that may become available during discovery proceedings in this case and hereby

reserves its right to amend its answer to assert such defenses.

## JURY DEMAND

The Defendants claim a trial by jury as to all issues, claims and defenses asserted in this

action.

Respectfully Submitted by the Defendants
Lynn Romboli and Joseph DeLeo
By and through their Attorney,

Dated:
March 20, 2008

/s/ Peter T. Marano

Peter T. Marano, Esq.
Law Offices of Peter T. Marano, LLC
Seventy Seven North  Washington Street
Boston, MA 02114
(617) 227-1227
BBO#665506